# UNITED STATES DISTRICT COURT
## District of Minnesota

Joel Smith and Daniel Shoemaker as Trustees of the Minnesota Laborers Pension Fund and their successors,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 20-CV-1580 (JRT/KMM)

Todd M. Schmidt d/b/a T.M. Schmidt Construction and T.M. Schmidt Construction Inc.,

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Motion for Entry of Judgment is GRANTED.

2. That judgment in the amount of $627,805.59 be entered against Defendants Todd M. Schmidt d/b/a T.M. Schmidt Construction and T.M. Schmidt Construction Inc. and in favor of the Plaintiffs.

Date: 11/20/2020

KATE M. FOGARTY, CLERK